### UNITED STATES of America, Plaintiff—Appellee,

v.

### Corey D. SMITH, Defendant— Appellant.

### No. 05–35313.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Decided March 17, 2006.

Johnathan S. Haub, AUSA, Office of the U.S. Attorney, Portland, OR, for Plaintiff– Appellee.

Corey D. Smith, U.S. Penitentiary, Florence, CO, pro se.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

### MEMORANDUM **

Corey D. Smith appeals pro se from the district court's judgment denying his 28 U.S.C. § 2255 motion seeking to vacate his 63–month sentence for assault resulting in serious bodily injury. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Smith contends that the application of the four-level sentencing enhancement for use of a dangerous weapon was unconstitutional because the predicate facts were not admitted by him nor proven to a jury beyond a reasonable doubt. The district court correctly determined that Smith may not obtain relief under *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), or *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), because his conviction became final before both of those decisions and neither decision is retroactive to cases on collateral review. *See United States v. Cruz,* 423 F.3d 1119, 1121 (9th Cir.2005). Nor can Smith obtain relief under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), because "he fails to satisfy the threshold condition of *Apprendi* that the actual sentence imposed be longer than the maximum sentence for the crime for which a defendant has been

---

* Because this panel unanimously finds this case suitable for decision without oral argument, Smith's motion for oral argument is denied. *See* Fed. R.App. P. 34(a)(2).

vaildly convicted." *See United States v. Ellis,* 241 F.3d 1096, 1104 (9th Cir.2001). Accordingly, we affirm the sentence.

To the extent that Smith's brief raises uncertified issues, we construe his arguments as a motion to expand the Certificate of Appealability, and we deny the motion. *See* 9th Cir. R. 22–1(e); *Hiivala v. Wood,* 195 F.3d 1098, 1104–05 (9th Cir. 1999) (per curiam).

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.